**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Edson Rodrigues De Carvalho,** <br> **Petitioner,** <br> **v.** <br> **David Wesling, et al.,** <br> **Respondents.** | **Civil Action No. 26- 13756-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Edson Rodrigues De Carvalho ("petitioner" or "Rodrigues De Carvalho"). He contends that David Wesling and other named respondents ("respondents") have subjected him to mandatory detention despite his claim that he is entitled to procedures under 8 U.S.C. §1226(a).

Based upon the precedent set forth in Guerrero Orellana v. Moniz, No. 25-2152, 2026 WL 2352042 (1st Cir. Aug. 13, 2026), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED.** The Court directs that Rodrigues De Carvalho is to be released unless he is afforded a bond hearing that complies

with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated: August 20, 2026